UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

IVY BROWN, et al.,                          )
                                            )
            Plaintiffs,                     )
                                            )
      v.                                    )      Civil Action No. 10-2250 (PLF)
                                            )
DISTRICT OF COLUMBIA,                       )
                                            )
            Defendant.                      )
_____   )

ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that the District of Columbia's claims of deliberative process

privilege for the documents submitted in camera pursuant to this Court's July 29, 2021 order are

sustained.

SO ORDERED.


                                             /s/_____
                                            PAUL L. FRIEDMAN
                                            United States District Judge


DATE:  August 31, 2021